No. 1014. RAYNER *v.* UNITED NORTH & SOUTH DEVELOPMENT CO.; and

No. 1042. NAILLING *v.* UNITED STATES. May 25, 1942. Motions for leave to file second petitions for rehearing granted. The second petitions for rehearing are denied.